IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN EDWARD SHURR,

        Appellant,

 v.                                          Case No. 5D21-2896
                                             LT Case No. 2021-MM-001823-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 13, 2022

Appeal from the County Court
for Seminole County,
John L. Woodard, III, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.